This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------
No. 101  SSM 2
The People &c.,
          Respondent,
        v.
Anthony C.,
          Appellant.




          David J. Klem, for appellant.
          Susan Gliner, for respondent.




MEMORANDUM:


          The order of the Appellate Division should be affirmed.

The Appellate Division opinion does not suggest a misapprehension

- 1 -

or misapplication of its authority to review Youthful Offender

adjudications for abuse of discretion (CPL 720.20 [1] [a]), or

under its broad interest-of-justice jurisdiction (see CPL 470.15

[6] [b]; People v Dawn Maria C., 67 NY2d 625, 627 [1986]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, in a memorandum.  Chief Judge Lippman and Judges Read, Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.

Decided March 31, 2015